JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

| | |
|---|---|
| YESENIA GONZALEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No.　CV 19-1871-GW-AFMx<br><br>**ORDER RE STIPULATION TO DISMISS ACTION**<br><br>Judge:　Hon. GEORGE H. WU<br><br>Complaint Filed:　March 14, 2019<br>Trial Date:　None |

## **ORDER**

Based on the Parties' Stipulation this Court vacates the order to show cause hearing scheduled for September 5, 2019 and dismiss this matter with prejudice.

Dated: August 7, 2019

_/s/ George H. Wu_
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

005325.00544
24586840.1

ORDER

# CERTIFICATE OF SERVICE

Case Name: Yesenia Gonzalez v. Long Beach Unified School District

No.: 2:19-CV-01871-GW-AFM

On August 7, 2019, I filed the following document(s) described as **[PROPOSED] ORDER RE STIPULATION TO DISMISS ACTION** electronically through the CM/ECF system. All parties on the Notice of Electronic Filing to receive electronic notice have been served through the CM/ECF system.

The party(ies) listed below are currently on the list to receive e-mail notices for this case.

| | |
|---|---|
| Bruce Bothwell<br>Law Offices of Bruce Bothwell<br>400 Oceangate, Suite 520<br>Long Beach, CA 90802<br>562-435-0818<br>Fax 562-435-0878<br>brucebothwell@yahoo.com | Attorney for Plaintiff |

☐ **BY EMAIL:** I have caused the above-mentioned document(s) to be electronically served on the above-mentioned person(s), who are currently on the list to receive e-mail notices for this case.

Executed on August 7, 2019, at Cerritos, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ Marlon C. Wadlington
Marlon C. Wadlington

005325.00544
24586840.1

ORDER